THOMAS LANG et al., Appellants, *v.* BROOKLYN CITY
RAILROAD COMPANY, Defendant, and THE BROOKLYN
UNION GAS COMPANY, Respondent.

*Parties — trusts — assignment by workman to insurance carrier of his
entire cause of action against third parties for injuries from their negli-
gence — declaration of trust by insurance carrier as to any surplus
over amount it paid workman — latter may not be joined as coplaintiff
in action against third parties.*

*Lang* v. *Brooklyn City R. R. Co.*, 217 App. Div. 501, affirmed.
(Argued January 10, 1928; decided January 20, 1928.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered July 8, 1926, which affirmed an order of
Special Term granting a motion by defendant-respondent
to strike from the complaint the name of Thomas Lang
as a party plaintiff.   The following question was certified:
" Where a workman has been paid a lump sum as com-
pensation by an insurance carrier and has assigned to
the carrier his entire cause of action against third parties
for damages by reason of injuries caused by the negligence
of said third parties, pursuant to section 29 of the Work-
men's Compensation Law, if the insurance carrier there-
after irrevocably declares itself a trustee for the benefit
of the workman of any surplus that may be recovered, by
way of judgment or settlement, in any action or otherwise,
as damages for said injuries from the negligent third
parties, over and above what the carrier has paid to the
workman as compensation, does such declaration of
trust constitute the workman a party in interest so that
he may be properly joined with the insurance carrier as a
coplaintiff in an action against the negligent third parties?"

*Joseph Lorenz* and *John F. X. Finn* for appellants.

*Maximilian Moss* and *Jackson A. Dykman* for
respondent.

Order affirmed, with costs, question certified answered
in the negative; no opinion.

Prepared by State Reporter from Appeal Papers

Concur: CRANE, ANDREWS and O'BRIEN, JJ.; CARDOZO, Ch. J., POUND, LEHMAN and KELLOGG, JJ., concur upon the ground that the declaration of trust pleaded in the complaint does not create an interest in favor of the *cestuis que trust* in advance of recovery or collection by the trustee.